*Martin F. Kendrick* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs to the Workmen's Compensation Board; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

WILLIAMS INSTITUTIONAL COLORED METHODIST EPISCOPAL CHURCH, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued March 2, 1950; decided April 6, 1950.

*John P. McGrath, Corporation Counsel* (*Morris Handel* and *William F. Murphy* of counsel), for appellant.

*William C. Chanler* and *Thomas C. Fogarty* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.